IDA H. WIND, on Behalf of Herself and Other Stockholders of Consolidated Edison Company of New York, Inc., et al., Appellants, Impleaded with Others, *v.* CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., et al., Respondents, Impleaded with Others.

Submitted October 14, 1941; decided December 4, 1941.

*Samuel J. Levinson, Frank Weinstein, Peter J. Haberkorn* and *Henry Krinsky* for appellants.

*Thomas H. Beardsley* for Consolidated Edison Company of New York, Inc., respondent.

*Horace R. Lamb* and *Thomas F. Fennell, II,* for Floyd L. Carlisle, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS and CONWAY, JJ. Dissenting: FINCH and DESMOND, JJ., who vote to reverse as to the third and fourth causes of action; and RIPPEY, J., who votes to reverse as to all causes of action.